**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JENNIFER E. DIVIDOCK,

       Plaintiff,

v.                                                  Case No. 07-10891

PLYMOUTH PHYSICAL THERAPY         Honorable Arthur J. Tarnow
SPECIALISTS, et al.,

       Defendants.
_____/

### ORDER DENYING MOTION TO STRIKE [23] AND GRANTING MOTION TO CLARIFY [21]

Before the Court is plaintiff's motion to strike, filed on November 19, 2007, and defendant John Hancock Financial Services's motion to clarify, filed on November 14, 2007.

Defendant Hancock's motion to clarify had asked the Court to explain whether plaintiff's motion for a federal investigation was a response to defendants' motions to dismiss, or a new motion. Defendants Plymouth Physical Therapy Services and Valerie Jones indicated their concurrence to the motion to clarify. Plaintiff appears to ask this Court to strike both defendant Hancock's motion for the Court to clarify, as well as the concurrence.

The basis for the motion to clarify is reasonable, and therefore Dividock's motion to strike is DENIED.

As for the motion to clarify, the motion is GRANTED. The Court will construe plaintiff's motion for a federal investigation both as a response to the motions to dismiss and as a new motion.

So that the Court can hold a hearing shortly on the motions to dismiss and the motion for a federal investigation, accelerated briefing deadlines are now entered. If they so choose, defendants may file replies in support of their motions to dismiss and responses to plaintiff's motion for a federal investigation by **February 6, 2008**. Jennifer Dividock may file a reply to any response to her motion for a federal investigation by **February 13, 2008**.

SO ORDERED.

        S/ARTHUR J. TARNOW
        Arthur J. Tarnow
        United States District Judge

Dated: January 29, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 29, 2008, by electronic and/or ordinary mail.

        S/THERESA E. TAYLOR
        Case Manager